**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Scott Raber                  CHAPTER 13
       Christine Raber

                                          BKY. NO. 20-10707
             Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of and index same on the master mailing list.

                                       Respectfully submitted,
                                       **/s/ Rebecca A. Solarz Esquire**
                                       Rebecca A Solarz, Esquire
                                       Kevin G. McDonald, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322