# N.G. Gilbert Services LLC.

**DIRECT DEPOSIT    955739**

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 02/22/20 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,636.00 | 15,222.20 |
| Other Earnings & Reimbursements | 14.19 | 113.52 |
| Taxes And Deductions | 678.20 | 5,572.26 |
| **Net Pay** | 971.99 | 9,763.46 |
| Direct Deposit Distributions | 971.99 | 9,763.46 |
| **Check Amount** | .00 | .00 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 380.00 | 1,636.00 | 15,222.20 |

| Current Period Earnings | | | | | |
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 40.00 | 40.90 | 1,636.00 | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Group LTD-R | Yes | 5.19 | 41.52 |
| Group Life-1.5X-R | Yes | 9.00 | 72.00 |
| **Total Other Earnings & Reimb.** | | 14.19 | 113.52 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Contribution-% | 147.24 | 1,299.58 |
| Standard Medical-Family | 117.41 | 939.28 |
| Dental-Family | 17.44 | 139.52 |
| Vision-Family | 4.43 | 35.44 |
| **Total Pre-Tax Deductions** | 286.52 | 2,413.82 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 93.67 | 881.73 |
| MEDI | | 21.91 | 206.21 |
| FIT | | 88.89 | 880.46 |
| SDI | NJ | 2.57 | 24.18 |
| SUI | NJ | 6.42 | 60.44 |
| SIT | PA | 46.38 | 436.57 |
| PA Earned Income Tax | 390402 | 13.64 | 129.24 |
| NJ-FLI | NJ | 1.09 | 10.34 |
| **Total Taxes Withheld** | | 274.57 | 2,629.17 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 9.86 | 78.88 |
| Group Life-1.5X | 7.20 | 57.60 |
| Voluntary Accident | 13.96 | 111.68 |
| Vol. Short Term Disability | 12.88 | 103.04 |
| Group LTD | 4.15 | 33.20 |
| 401k Loan Repayment | 69.06 | 144.87 |
| **Total After Tax Deductions** | 117.11 | 529.27 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 971.99 | 9,763.46 |

---

**NGG**
**NG GILBERT**
*Performance You Can Count On*
P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
**Muncie, Indiana**
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT    955739**

| AMOUNT |
|---|
| ********971.99 |

DATE    February 27, 2020

**PAY**  **NINE HUNDRED SEVENTY–ONE AND 99/100 DOLLARS**

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

**TO THE ORDER OF**
Scott I. Raber
7331 PA Route 873            8300
Slatington PA 18080

## N.G. Gilbert Services LLC.

**DIRECT DEPOSIT**    953381

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 02/15/20 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,636.00 | 13,586.20 |
| Other Earnings & Reimbursements | 14.19 | 99.33 |
| Taxes And Deductions | 609.14 | 4,894.06 |
| **Net Pay** | 1,041.05 | 8,791.47 |
| Direct Deposit Distributions | 1,041.05 | 8,791.47 |
| **Check Amount** | .00 | .00 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 340.00 | 1,636.00 | 13,586.20 |

| Current Period Earnings | | | | | |
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 40.00 | 40.90 | 1,636.00 | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Group LTD-R | Yes | 5.19 | 36.33 |
| Group Life-1.5X-R | Yes | 9.00 | 63.00 |
| **Total Other Earnings & Reimb.** | | 14.19 | 99.33 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Contribution-% | 147.24 | 1,152.34 |
| Standard Medical-Family | 117.41 | 821.87 |
| Dental-Family | 17.44 | 122.08 |
| Vision-Family | 4.43 | 31.01 |
| **Total Pre-Tax Deductions** | 286.52 | 2,127.30 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 93.68 | 788.06 |
| MEDI | | 21.90 | 184.30 |
| FIT | | 88.89 | 791.57 |
| SDI | NJ | 2.57 | 21.61 |
| SUI | NJ | 6.42 | 54.02 |
| SIT | PA | 46.38 | 390.19 |
| PA Earned Income Tax | 390402 | 13.64 | 115.60 |
| NJ-FLI | NJ | 1.09 | 9.25 |
| **Total Taxes Withheld** | | 274.57 | 2,354.60 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 9.86 | 69.02 |
| Group Life-1.5X | 7.20 | 50.40 |
| Voluntary Accident | 13.96 | 97.72 |
| Vol. Short Term Disability | 12.88 | 90.16 |
| Group LTD | 4.15 | 29.05 |
| 401k Loan Repayment | .00 | 75.81 |
| **Total After Tax Deductions** | 48.05 | 412.16 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 1,041.05 | 8,791.47 |

Updates regarding Townsend's 401(k) Retirement Plan are now available.
Get copies by emailing hrbenefits@thetownsendcorp.com or from our
document library at www.benefits.plansource.com



**NGG**
**NG GILBERT**
*Performance You Can Count On*
P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
**Muncie, Indiana**
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT**    953381

| AMOUNT |
|---|
| ******1,041.05 |

DATE    February 20, 2020

**PAY**   **ONE THOUSAND FORTY–ONE AND 05/100 DOLLARS**

**TO THE ORDER OF**
Scott I. Raber
7331 PA Route 873      8300
Slatington PA 18080

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

**N.G. Gilbert Services LLC.**  **DIRECT DEPOSIT    951012**

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 02/08/20 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,636.00 | 11,950.20 |
| Other Earnings & Reimbursements | 14.19 | 85.14 |
| Taxes And Deductions | 609.16 | 4,284.92 |
| **Net Pay** | 1,041.03 | 7,750.42 |
| Direct Deposit Distributions | 1,041.03 | 7,750.42 |
| **Check Amount** | .00 | .00 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 300.00 | 1,636.00 | 11,950.20 |

| Current Period Earnings | | | | | |
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 40.00 | 40.90 | 1,636.00 | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Group LTD-R | Yes | 5.19 | 31.14 |
| Group Life-1.5X-R | Yes | 9.00 | 54.00 |
| **Total Other Earnings & Reimb.** | | 14.19 | 85.14 |

| Pre-Tax Deductions | | Current | YTD |
|---|---|---|---|
| 401k Contribution-% | | 147.24 | 1,005.10 |
| Standard Medical-Family | | 117.41 | 704.46 |
| Dental-Family | | 17.44 | 104.64 |
| Vision-Family | | 4.43 | 26.58 |
| **Total Pre-Tax Deductions** | | 286.52 | 1,840.78 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 93.68 | 694.38 |
| MEDI | | 21.91 | 162.40 |
| FIT | | 88.89 | 702.68 |
| SDI | NJ | 2.57 | 19.04 |
| SUI | NJ | 6.42 | 47.60 |
| SIT | PA | 46.38 | 343.81 |
| PA Earned Income Tax | 390402 | 13.64 | 101.96 |
| NJ-FLI | NJ | 1.10 | 8.16 |
| **Total Taxes Withheld** | | 274.59 | 2,080.03 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 9.86 | 59.16 |
| Group Life-1.5X | 7.20 | 43.20 |
| Voluntary Accident | 13.96 | 83.76 |
| Vol. Short Term Disability | 12.88 | 77.28 |
| Group LTD | 4.15 | 24.90 |
| 401k Loan Repayment | .00 | 75.81 |
| **Total After Tax Deductions** | 48.05 | 364.11 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 1,041.03 | 7,750.42 |

Updated health insurance documents are now available
in our document library at www.benefits.plansource.com



NG GILBERT
Performance You Can Count On
P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
**Muncie, Indiana**
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT    951012**

| AMOUNT |
|---|
| ******1,041.03 |

DATE    February 13, 2020

**PAY**  **ONE THOUSAND FORTY–ONE AND 03/100 DOLLARS**

**TO THE ORDER OF**   Scott I. Raber
7331 PA Route 873                    8300
Slatington PA 18080

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

**N.G. Gilbert Services LLC.**                                      **DIRECT DEPOSIT    947954**

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 02/01/20 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,636.00 | 10,314.20 |
| Other Earnings & Reimbursements | 14.19 | 70.95 |
| Taxes And Deductions | 609.14 | 3,675.76 |
| **Net Pay** | 1,041.05 | 6,709.39 |
| Direct Deposit Distributions | 1,041.05 | 6,709.39 |
| **Check Amount** | .00 | .00 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 260.00 | 1,636.00 | 10,314.20 |

| Current Period Earnings | | | | | |
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 40.00 | 40.90 | 1,636.00 | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Group LTD-R | Yes | 5.19 | 25.95 |
| Group Life-1.5X-R | Yes | 9.00 | 45.00 |
| **Total Other Earnings & Reimb.** | | 14.19 | 70.95 |

| Pre-Tax Deductions | | Current | YTD |
|---|---|---|---|
| 401k Contribution-% | | 147.24 | 857.86 |
| Standard Medical-Family | | 117.41 | 587.05 |
| Dental-Family | | 17.44 | 87.20 |
| Vision-Family | | 4.43 | 22.15 |
| **Total Pre-Tax Deductions** | | 286.52 | 1,554.26 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 93.67 | 600.70 |
| MEDI | | 21.91 | 140.49 |
| FIT | | 88.89 | 613.79 |
| SDI | NJ | 2.57 | 16.47 |
| SUI | NJ | 6.42 | 41.18 |
| SIT | PA | 46.38 | 297.43 |
| PA Earned Income Tax | 390402 | 13.64 | 88.32 |
| NJ-FLI | NJ | 1.09 | 7.06 |
| **Total Taxes Withheld** | | 274.57 | 1,805.44 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 9.86 | 49.30 |
| Group Life-1.5X | 7.20 | 36.00 |
| Voluntary Accident | 13.96 | 69.80 |
| Vol. Short Term Disability | 12.88 | 64.40 |
| Group LTD | 4.15 | 20.75 |
| 401k Loan Repayment | .00 | 75.81 |
| **Total After Tax Deductions** | 48.05 | 316.06 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 1,041.05 | 6,709.39 |

Updated health insurance documents are now available
in our document library at www.benefits.plansource.com



**NGG**
**NG GILBERT**
*Performance You Can Count On*
P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
**Muncie, Indiana**
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT    947954**

| AMOUNT |
|---|
| ******1,041.05 |

DATE    February 06, 2020

**PAY**    **ONE THOUSAND FORTY–ONE AND 05/100 DOLLARS**

| TO THE ORDER OF | Scott I. Raber<br>7331 PA Route 873    8300<br>Slatington PA 18080 |
|---|---|

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

**N.G. Gilbert Services LLC.**

**DIRECT DEPOSIT    945491**

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 01/25/20 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,636.00 | 8,678.20 |
| Other Earnings & Reimbursements | 14.19 | 56.76 |
| Taxes And Deductions | 577.80 | 3,066.62 |
| **Net Pay** | 1,072.39 | 5,668.34 |
| Direct Deposit Distributions | 1,072.39 | 5,668.34 |
| **Check Amount** | .00 | .00 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 220.00 | 1,636.00 | 8,678.20 |

| Current Period Earnings | | | | | |
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 40.00 | 40.90 | 1,636.00 | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Group LTD-R | Yes | 5.19 | 20.76 |
| Group Life-1.5X-R | Yes | 9.00 | 36.00 |
| **Total Other Earnings & Reimb.** | | 14.19 | 56.76 |

| Pre-Tax Deductions | | Current | YTD |
|---|---|---|---|
| 401k Contribution-% | | 147.24 | 710.62 |
| Standard Medical-Family | | 117.41 | 469.64 |
| Dental-Family | | 17.44 | 69.76 |
| Vision-Family | | 4.43 | 17.72 |
| **Total Pre-Tax Deductions** | | 286.52 | 1,267.74 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 93.68 | 507.03 |
| MEDI | | 21.91 | 118.58 |
| FIT | | 88.89 | 524.90 |
| SDI | NJ | 2.57 | 13.90 |
| SUI | NJ | 6.43 | 34.76 |
| SIT | PA | 46.38 | 251.05 |
| PA Earned Income Tax | 390402 | 13.64 | 74.68 |
| NJ-FLI | NJ | 1.09 | 5.97 |
| **Total Taxes Withheld** | | 274.59 | 1,530.87 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 3.40 | 39.44 |
| Group Life-1.5X | 7.20 | 28.80 |
| Voluntary Accident | .00 | 55.84 |
| Vol. Short Term Disability | 1.94 | 51.52 |
| Group LTD | 4.15 | 16.60 |
| 401k Loan Repayment | .00 | 75.81 |
| **Total After Tax Deductions** | 16.69 | 268.01 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 1,072.39 | 5,668.34 |

---

**NGG**
**NG GILBERT**
*Performance You Can Count On*
P.O. Box 7015  •  Muncie, IN 47308

**First Merchants Bank, NA**
**Muncie, Indiana**
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT    945491**

| AMOUNT |
|---|
| ******1,072.39 |

DATE    January 30, 2020

**PAY**    **ONE  THOUSAND  SEVENTY–TWO  AND  39/100  DOLLARS**

**TO THE ORDER OF**
Scott I. Raber
7331 PA Route 873              8300
Slatington PA 18080

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

**N.G. Gilbert Services LLC.**                                                                                                    **DIRECT DEPOSIT**    943234

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 01/18/20 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 2,045.00 | 7,042.20 |
| Other Earnings & Reimbursements | 14.19 | 42.57 |
| Taxes And Deductions | 723.13 | 2,488.82 |
| **Net Pay** | 1,336.06 | 4,595.95 |
| Direct Deposit Distributions | 1,336.06 | 4,595.95 |
| **Check Amount** | .00 | .00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Contribution-% | 163.60 | 563.38 |
| Standard Medical-Family | 117.41 | 352.23 |
| Dental-Family | 17.44 | 52.32 |
| Vision-Family | 4.43 | 13.29 |
| **Total Pre-Tax Deductions** | 302.88 | 981.22 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 50.00 | 180.00 | 2,045.00 | 7,042.20 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 119.03 | 413.35 |
| MEDI | | 27.84 | 96.67 |
| FIT | | 136.01 | 436.01 |
| SDI | NJ | 3.26 | 11.33 |
| SUI | NJ | 8.16 | 28.33 |
| SIT | PA | 58.94 | 204.67 |
| PA Earned Income Tax | 390402 | 17.56 | 61.04 |
| NJ-FLI | NJ | 1.40 | 4.88 |
| **Total Taxes Withheld** | | 372.20 | 1,256.28 |

| Current Period Earnings | | | | | |
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 50.00 | 40.90 | 2,045.00 | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Group LTD-R | Yes | 5.19 | 15.57 |
| Group Life-1.5X-R | Yes | 9.00 | 27.00 |
| **Total Other Earnings & Reimb.** | | 14.19 | 42.57 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 9.86 | 36.04 |
| Group Life-1.5X | 7.20 | 21.60 |
| Voluntary Accident | 13.96 | 55.84 |
| Vol. Short Term Disability | 12.88 | 49.58 |
| Group LTD | 4.15 | 12.45 |
| 401k Loan Repayment | .00 | 75.81 |
| **Total After Tax Deductions** | 48.05 | 251.32 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 1,336.06 | 4,595.95 |

Drug and Alcohol Policies have been updated in compliance with FMCSA
Clearinghouse regulations, copy available on your employee portal



NGG
NG GILBERT
Performance You Can Count On
P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
**Muncie, Indiana**
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT**    943234

| AMOUNT |
|---|
| ******1,336.06 |

DATE    January 23, 2020

**PAY**    **ONE THOUSAND**
         **THREE HUNDRED THIRTY–SIX AND 06/100 DOLLARS**

**TO THE**    Scott I. Raber
**ORDER**    7331 PA Route 873                    8300
**OF**    Slatington PA 18080

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

**N.G. Gilbert Services LLC.**                                                                                         **DIRECT DEPOSIT    940530**

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 01/11/20 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,922.00 | 4,997.20 |
| Other Earnings & Reimbursements | 14.19 | 28.38 |
| Taxes And Deductions | 709.85 | 1,765.69 |
| **Net Pay** | 1,226.34 | 3,259.89 |
| Direct Deposit Distributions | 1,226.34 | 3,259.89 |
| **Check Amount** | .00 | .00 |

| Earnings Summary | Hours | | Earnings | |
|---|---|---|---|---|
| | Current | YTD | Current | YTD |
| Regular | 50.00 | 130.00 | 1,922.00 | 4,997.20 |

| Current Period Earnings | | | | | |
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 50.00 | 38.44 | 1,922.00 | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Group LTD-R | Yes | 5.19 | 10.38 |
| Group Life-1.5X-R | Yes | 9.00 | 18.00 |
| **Total Other Earnings & Reimb.** | | 14.19 | 28.38 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Contribution-% | 153.76 | 399.78 |
| Standard Medical-Family | 117.41 | 234.82 |
| Dental-Family | 17.44 | 34.88 |
| Vision-Family | 4.43 | 8.86 |
| **Total Pre-Tax Deductions** | 293.04 | 678.34 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 111.41 | 294.32 |
| MEDI | | 26.05 | 68.83 |
| FIT | | 122.43 | 300.00 |
| SDI | NJ | 3.05 | 8.07 |
| SUI | NJ | 7.63 | 20.17 |
| SIT | PA | 55.17 | 145.73 |
| PA Earned Income Tax | 390402 | 16.43 | 43.48 |
| NJ-FLI | NJ | 1.32 | 3.48 |
| **Total Taxes Withheld** | | 343.49 | 884.08 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 9.86 | 26.18 |
| Group Life-1.5X | 7.20 | 14.40 |
| Voluntary Accident | 13.96 | 41.88 |
| Vol. Short Term Disability | 12.88 | 36.70 |
| Group LTD | 4.15 | 8.30 |
| 401k Loan Repayment | 25.27 | 75.81 |
| **Total After Tax Deductions** | 73.32 | 203.27 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 1,226.34 | 3,259.89 |

Drug and Alcohol Policies have been updated in compliance with FMCSA
Clearinghouse regulations, copy available on your employee portal



NG GILBERT
Performance You Can Count On
P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
Muncie, Indiana
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT    940530**

| AMOUNT |
|---|
| ******1,226.34 |

DATE    January 16, 2020

**PAY**  **ONE THOUSAND TWO HUNDRED TWENTY–SIX AND 34/100 DOLLARS**

| TO THE ORDER OF | Scott I. Raber
7331 PA Route 873
Slatington PA 18080 |

8300

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

## N.G. Gilbert Services LLC.

**DIRECT DEPOSIT    937670**

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 01/04/20 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,537.60 | 3,075.20 |
| Other Earnings & Reimbursements | 14.19 | 14.19 |
| Taxes And Deductions | 590.66 | 1,055.84 |
| **Net Pay** | 961.13 | 2,033.55 |
| Direct Deposit Distributions | 961.13 | 2,033.55 |
| **Check Amount** | .00 | .00 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 80.00 | 1,537.60 | 3,075.20 |

| Current Period Earnings | | | | | |
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 40.00 | 38.44 | 1,537.60 | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Group LTD-R | Yes | 5.19 | 5.19 |
| Group Life-1.5X-R | Yes | 9.00 | 9.00 |
| **Total Other Earnings & Reimb.** | | 14.19 | 14.19 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Contribution-% | 123.01 | 246.02 |
| Standard Medical-Family | 117.41 | 117.41 |
| Dental-Family | 17.44 | 17.44 |
| Vision-Family | 4.43 | 4.43 |
| **Total Pre-Tax Deductions** | 262.29 | 385.30 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 87.58 | 182.91 |
| MEDI | | 20.48 | 42.78 |
| FIT | | 81.28 | 177.57 |
| SDI | NJ | 2.41 | 5.02 |
| SUI | NJ | 6.01 | 12.54 |
| SIT | PA | 43.36 | 90.56 |
| PA Earned Income Tax | 390402 | 12.90 | 27.05 |
| NJ-FLI | NJ | 1.03 | 2.16 |
| **Total Taxes Withheld** | | 255.05 | 540.59 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 9.86 | 16.32 |
| Group Life-1.5X | 7.20 | 7.20 |
| Voluntary Accident | 13.96 | 27.92 |
| Vol. Short Term Disability | 12.88 | 23.82 |
| Group LTD | 4.15 | 4.15 |
| 401k Loan Repayment | 25.27 | 50.54 |
| **Total After Tax Deductions** | 73.32 | 129.95 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 961.13 | 2,033.55 |



NGG
NG GILBERT
Performance You Can Count On
P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
**Muncie, Indiana**
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT    937670**

| AMOUNT |
|---|
| ********961.13 |

DATE    January 09, 2020

**PAY**   **NINE HUNDRED SIXTY–ONE AND 13/100 DOLLARS**

**TO THE ORDER OF**
Scott I. Raber
7331 PA Route 873                8300
Slatington PA 18080

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

## N.G. Gilbert Services LLC.

**DIRECT DEPOSIT 935085**

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 12/28/19 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,537.60 | 1,537.60 |
| Taxes And Deductions | 465.18 | 465.18 |
| **Net Pay** | 1,072.42 | 1,072.42 |
| Direct Deposit Distributions | 1,072.42 | 1,072.42 |
| **Check Amount** | .00 | .00 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 40.00 | 1,537.60 | 1,537.60 |

| Current Period Earnings |||||| 
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 40.00 | 38.44 | 1,537.60 | | | |

| Pre-Tax Deductions | | Current | YTD |
|---|---|---|---|
| 401k Contribution-% | | 123.01 | 123.01 |
| **Taxes Withheld** | | **Current** | **YTD** |
| FICA | | 95.33 | 95.33 |
| MEDI | | 22.30 | 22.30 |
| FIT | | 96.29 | 96.29 |
| SDI | NJ | 2.61 | 2.61 |
| SUI | NJ | 6.53 | 6.53 |
| SIT | PA | 47.20 | 47.20 |
| PA Earned Income Tax | 390402 | 14.15 | 14.15 |
| NJ-FLI | NJ | 1.13 | 1.13 |
| **Total Taxes Withheld** | | 285.54 | 285.54 |
| **After Tax Deductions** | | **Current** | **YTD** |
| Voluntary Life | | 6.46 | 6.46 |
| Voluntary Accident | | 13.96 | 13.96 |
| Vol. Short Term Disability | | 10.94 | 10.94 |
| 401k Loan Repayment | | 25.27 | 25.27 |
| **Total After Tax Deductions** | | 56.63 | 56.63 |
| **Direct Deposit Distributions** | | **Current** | **YTD** |
| Employee Direct Deposit of Net | | 1,072.42 | 1,072.42 |

May Peace and Joy be yours this Holiday Season and throughout the
New Year!



P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
**Muncie, Indiana**
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT 935085**

| AMOUNT |
|---|
| ******1,072.42 |

DATE    January 02, 2020

**PAY**  **ONE THOUSAND SEVENTY–TWO AND 42/100 DOLLARS**

| TO THE ORDER OF | Scott I. Raber<br>7331 PA Route 873             8300<br>Slatington  PA  18080 |
|---|---|

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

**N.G. Gilbert Services LLC.**                                                                                                    **DIRECT DEPOSIT      933791**

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 12/21/19 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,537.60 | 88,029.87 |
| Bonus | .00 | 1,950.00 |
| Other Earnings & Reimbursements | .00 | 623.22 |
| Taxes And Deductions | 536.43 | 30,787.42 |
| **Net Pay** | 1,001.17 | 59,815.67 |
| Direct Deposit Distributions | 1,001.17 | 59,815.67 |
| **Check Amount** | .00 | .00 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Contribution-% | 123.01 | 6,646.66 |
| Dental-Family | 17.44 | 837.12 |
| Vision-EE+SP | .00 | 7.77 |
| Vision-Family | 4.43 | 203.78 |
| High Deduct.-Medical-Family | 85.00 | 4,542.00 |
| **Total Pre-Tax Deductions** | 229.88 | 12,237.33 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 2,129.00 | 1,537.60 | 83,177.76 |
| Overtime | .00 | 73.50 | .00 | 4,218.27 |
| Doubletime | .00 | 34.00 | .00 | 2,583.84 |
| **Total** | 40.00 | 2,236.50 | 1,537.60 | 89,979.87 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 88.71 | 5,270.77 |
| MEDI | | 20.75 | 1,232.68 |
| FIT | | 83.46 | 5,900.70 |
| SDI | NJ | .00 | 58.48 |
| SUI | NJ | .00 | 146.20 |
| SIT | PA | 43.92 | 2,609.80 |
| PA Earned Income Tax | 390402 | 13.08 | 783.72 |
| NJ-FLI | NJ | .00 | 27.52 |
| **Total Taxes Withheld** | | 249.92 | 16,029.87 |

| Current Period Earnings | | | | | |
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 40.00 | 38.44 | 1,537.60 | | | |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 6.46 | 310.08 |
| Voluntary Accident | 13.96 | 670.08 |
| Sunflower Marketing/Arborwear | .00 | 130.49 |
| Vol. Short Term Disability | 10.94 | 525.12 |
| 401k Loan Repayment | 25.27 | 884.45 |
| **Total After Tax Deductions** | 56.63 | 2,520.22 |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Other Pay | Yes | .00 | 623.22 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 1,001.17 | 59,815.67 |

May Peace and Joy be yours this Holiday Season and throughout the New Year!



NGG
NG GILBERT
Performance You Can Count On
P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
Muncie, Indiana
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT      933791**

| AMOUNT |
|---|
| ******1,001.17 |

DATE    December 26, 2019

**PAY** **ONE THOUSAND ONE AND 17/100 DOLLARS**

| TO THE ORDER OF | Scott I. Raber 7331 PA Route 873      8300 Slatington PA 18080 |
|---|---|

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

## N.G. Gilbert Services LLC.

**DIRECT DEPOSIT  931464**

| Employee Id | Employee Name | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|
| 37390 | Raber, Scott I. | 5393 | 12/14/19 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 1,537.60 | 86,492.27 |
| Bonus | .00 | 1,950.00 |
| Other Earnings & Reimbursements | .00 | 623.22 |
| Taxes And Deductions | 536.41 | 30,250.99 |
| **Net Pay** | 1,001.19 | 58,814.50 |
| Direct Deposit Distributions | 1,001.19 | 58,814.50 |
| **Check Amount** | .00 | .00 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 2,089.00 | 1,537.60 | 81,640.16 |
| Overtime | .00 | 73.50 | .00 | 4,218.27 |
| Doubletime | .00 | 34.00 | .00 | 2,583.84 |
| **Total** | 40.00 | 2,196.50 | 1,537.60 | 88,442.27 |

| Current Period Earnings |||||| 
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 40.00 | 38.44 | 1,537.60 | | | |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Other Pay | Yes | .00 | 623.22 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Contribution-% | 123.01 | 6,523.65 |
| Dental-Family | 17.44 | 819.68 |
| Vision-EE+SP | .00 | 7.77 |
| Vision-Family | 4.43 | 199.35 |
| High Deduct.-Medical-Family | 85.00 | 4,457.00 |
| **Total Pre-Tax Deductions** | 229.88 | 12,007.45 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 88.70 | 5,182.06 |
| MEDI | | 20.74 | 1,211.93 |
| FIT | | 83.46 | 5,817.24 |
| SDI | NJ | .00 | 58.48 |
| SUI | NJ | .00 | 146.20 |
| SIT | PA | 43.92 | 2,565.88 |
| PA Earned Income Tax | 390402 | 13.08 | 770.64 |
| NJ-FLI | NJ | .00 | 27.52 |
| **Total Taxes Withheld** | | 249.90 | 15,779.95 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 6.46 | 303.62 |
| Voluntary Accident | 13.96 | 656.12 |
| Sunflower Marketing/Arborwear | .00 | 130.49 |
| Vol. Short Term Disability | 10.94 | 514.18 |
| 401k Loan Repayment | 25.27 | 859.18 |
| **Total After Tax Deductions** | 56.63 | 2,463.59 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 1,001.19 | 58,814.50 |

Contact HR 765-468-1425 or hr@thetownsendcorp.com for info/enrollment
in our health benefits and retirement plan, SPD's, disclosure document
or log in at www.benefits.plansource.com
May Peace and Joy be yours this Holiday Season and throughout the
New Year!



**NGG**
**NG GILBERT**
*Performance You Can Count On*
P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
**Muncie, Indiana**
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT   931464**

| AMOUNT |
|---|
| ******1,001.19 |

DATE    December 19, 2019

**PAY**  **ONE THOUSAND ONE AND 19/100 DOLLARS**

**TO THE ORDER OF**
Scott I. Raber
7331 PA Route 873          8300
Slatington PA 18080

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***

**N.G. Gilbert Services LLC.**                                                                                                          **DIRECT DEPOSIT    929470**

| Employee Id | Employee Name | | Social Security # | Period Ending | Check Sort Group |
|---|---|---|---|---|---|
| 37390 | Raber, Scott I. | | 5393 | 12/07/19 | 8300 |

| Net Pay Calculation | Current | YTD |
|---|---|---|
| Gross Pay | 2,114.20 | 84,954.67 |
| Bonus | .00 | 1,950.00 |
| Other Earnings & Reimbursements | .00 | 623.22 |
| Taxes And Deductions | 713.33 | 29,714.58 |
| **Net Pay** | 1,400.87 | 57,813.31 |
| Direct Deposit Distributions | 1,400.87 | 57,813.31 |
| **Check Amount** | .00 | .00 |

| Earnings Summary | Hours Current | Hours YTD | Earnings Current | Earnings YTD |
|---|---|---|---|---|
| Regular | 40.00 | 2,049.00 | 1,537.60 | 80,102.56 |
| Overtime | 10.00 | 73.50 | 576.60 | 4,218.27 |
| Doubletime | .00 | 34.00 | .00 | 2,583.84 |
| **Total** | 50.00 | 2,156.50 | 2,114.20 | 86,904.67 |

| Current Period Earnings | | | | | |
|---|---|---|---|---|---|
| Hours | Rate | Amount | Hours | Rate | Amount |
| 40.00 | 38.44 | 1,537.60 | 10.00 | 57.66 | 576.60 |

| Other Earnings & Reimb. | Taxable | Current | YTD |
|---|---|---|---|
| Other Pay | Yes | .00 | 623.22 |

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| 401k Contribution-% | 169.14 | 6,400.64 |
| Dental-Family | 17.44 | 802.24 |
| Vision-EE+SP | .00 | 7.77 |
| Vision-Family | 4.43 | 194.92 |
| High Deduct.-Medical-Family | 85.00 | 4,372.00 |
| **Total Pre-Tax Deductions** | 276.01 | 11,777.57 |

| Taxes Withheld | | Current | YTD |
|---|---|---|---|
| FICA | | 124.45 | 5,093.36 |
| MEDI | | 29.11 | 1,191.19 |
| FIT | | 147.12 | 5,733.78 |
| SDI | NJ | .00 | 58.48 |
| SUI | NJ | .00 | 146.20 |
| SIT | PA | 61.63 | 2,521.96 |
| PA Earned Income Tax | 390402 | 18.38 | 757.56 |
| NJ-FLI | NJ | .00 | 27.52 |
| **Total Taxes Withheld** | | 380.69 | 15,530.05 |

| After Tax Deductions | Current | YTD |
|---|---|---|
| Voluntary Life | 6.46 | 297.16 |
| Voluntary Accident | 13.96 | 642.16 |
| Sunflower Marketing/Arborwear | .00 | 130.49 |
| Vol. Short Term Disability | 10.94 | 503.24 |
| 401k Loan Repayment | 25.27 | 833.91 |
| **Total After Tax Deductions** | 56.63 | 2,406.96 |

| Direct Deposit Distributions | Current | YTD |
|---|---|---|
| Employee Direct Deposit of Net | 1,400.87 | 57,813.31 |



P.O. Box 7015 • Muncie, IN 47308

**First Merchants Bank, NA**
Muncie, Indiana
**VOID AFTER 60 DAYS**

**DIRECT DEPOSIT    929470**

| AMOUNT |
|---|
| ******1,400.87 |

DATE    December 12, 2019

**PAY**   **ONE  THOUSAND  FOUR  HUNDRED  AND  87/100  DOLLARS**

**TO THE ORDER OF**
Scott I. Raber
7331 PA Route 873             8300
Slatington PA 18080

***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***
***NON–NEGOTIABLE***