# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christine Raber<br>        Scott Raber<br>                    Debtor(s) | CHAPTER 13 |
| CARRINGTON MORTGAGE SERVICES, LLC, its successors and/or assigns<br>                    Movant<br>        vs. | NO. 20-10707 PMM |
| Christine Raber<br>Scott Raber<br>                    Debtor(s) | |
| Scott F. Waterman<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Appearance of CARRINGTON MORTGAGE SERVICES, LLC, which was filed with the Court on or about **04/06/2020; Docket No. 20**.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

April 7, 2020