## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   SCOTT and CHRISTINE RABER   :   CHAPTER 13

      Debtors                                  :   BANKRUPTCY NO. 20-10707

## CERTIFICATION OF NO RESPONSE AND
## CERTIFICATION OF UNCONTESTED APPLICATION FOR COUNSEL FEES

     I, PAUL H. YOUNG, ESQUIRE, attorney for Debtors listed above, certify the following:

1.   On August 6, 2020, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtor, Trustee and all interested parties.

2.   I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

     WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

                              Respectfully submitted,

                              /s/ Paul H. Young
                              Paul H. Young, Esquire
                              Young, Marr & Associates
                              3554 Hulmeville Road
                              Suite 102
                              Bensalem, PA   19020
                              Phone:   (215) 639-5297
                              Fax:     (215) 639-1344
                              support@ymalaw.com