United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-10707-pmm
Scott Raber     Chapter 13
Christine Raber
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 14, 2021 | Form ID: 155 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Raber, Christine Raber, 7331 PA Route 873, Slatington, PA 18080-3405 |
| 14462239 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 14462240 | + | American Honda Finance, 13856 Ballantyen Corporate Pl, Charlotte, NC 28277-2711 |
| 14462242 | | Assetcarellc/capiopart, Lee Morris, Sherman, TX 75090 |
| 14462243 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14492144 | + | Carrington Mortgage Services, Inc., c/o Rebecca A. Solarz, Esq., 701 Market Street , Ste 5000, Philadelphia, PA 19106-1541 |
| 14462245 | + | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |
| 14462254 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14466346 | + | JPMorgan Chase Bank, National Association, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14462251 | #+ | Lehigh Valley Educator, P.o. Box 4388, Allentown, PA 18105-4388 |
| 14491369 | + | Lehigh Valley Educators Credit Union, 3720 Hamilton Blvd, Allentown, PA 18103-4503 |
| 14491353 | + | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14462257 | + | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14493397 | + | Oliphant USA, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14480748 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14462258 | + | Rec Mgt Grp, 2901 University Av, Columbus, GA 31907-7606 |
| 14462259 | + | Receivables Management, 1312 W Westridge Blvd, Greensburg, IN 47240-3251 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14463299 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 15 2021 02:05:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14462241 | | Email/Text: ebn@americollect.com | Jan 15 2021 02:05:00 | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 14462238 | + | Email/Text: backoffice@affirm.com | Jan 15 2021 02:06:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14482310 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 15 2021 02:24:06 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14462244 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 15 2021 02:22:55 | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14493368 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 15 2021 02:05:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14462246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 15 2021 02:05:00 | Comenity Bank/torrid, Po Box 182789, Columbus, |

| | | | | |
|---|---|---|---|---|
| District/off: 0313-4 | | User: admin | | Page 2 of 3 |
| Date Rcvd: Jan 14, 2021 | | Form ID: 155 | | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| 14493260 | Email/Text: bnc-quantum@quantum3group.com | Jan 15 2021 02:05:00 | OH 43218-2789<br>Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14466797 | Email/Text: mrdiscen@discover.com | Jan 15 2021 02:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14462247 + | Email/Text: mrdiscen@discover.com | Jan 15 2021 02:05:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14462248 + | Email/Text: bkynotice@harvardcollect.com | Jan 15 2021 02:06:00 | Harvard Collection Ser, 4839 N Elston, Chicago, IL 60630-2589 |
| 14493367 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2021 02:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14462249 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 15 2021 02:21:47 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14462250 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 15 2021 02:24:03 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 14477431 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2021 02:21:49 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14462252 + | Email/Text: Documentfiling@lciinc.com | Jan 15 2021 02:05:00 | Lending Club Corp, 595 Market Street, San Francisco, CA 94105-2807 |
| 14493254 + | Email/Text: Documentfiling@lciinc.com | Jan 15 2021 02:05:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2807 |
| 14462253 | Email/Text: camanagement@mtb.com | Jan 15 2021 02:05:00 | M & T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14471786 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 15 2021 02:22:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14492125 + | Email/Text: bankruptcydpt@mcmcg.com | Jan 15 2021 02:05:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14462255 + | Email/Text: bnc-capio@quantum3group.com | Jan 15 2021 02:05:00 | Mba Law Offices/capio, 3400 Texoma Parkway, Sherman, TX 75090-1916 |
| 14462256 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 15 2021 02:21:48 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14483703 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2021 02:24:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14492422 | Email/Text: bnc-quantum@quantum3group.com | Jan 15 2021 02:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14475006 | Email/Text: bnc-quantum@quantum3group.com | Jan 15 2021 02:05:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14462260 + | Email/PDF: gecsedi@recoverycorp.com | Jan 15 2021 02:24:03 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14462261 + | Email/PDF: gecsedi@recoverycorp.com | Jan 15 2021 02:22:55 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jan 14, 2021 | Form ID: 155 | Total Noticed: 44

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

**Name** — **Email Address**

KRISTEN D. LITTLE
on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, klittle@logs.com;logsecf@logs.com

MICHAEL JOHN CLARK
on behalf of Creditor JPMorgan Chase Bank  National Association mjclark@logs.com

PAUL H. YOUNG
on behalf of Joint Debtor Christine Raber support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

PAUL H. YOUNG
on behalf of Debtor Scott Raber support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

REBECCA ANN SOLARZ
on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Scott Raber and Christine Raber
     Debtor(s)

Chapter: 13

Bankruptcy No: 20−10707−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this January 14, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                               Patricia M. Mayer
                                               Judge ,
                                               United States Bankruptcy Court

                                                              42
                                                          Form 155