| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-10707-PMM**

Scott Raber  
Christine Raber  
7331 PA Route 873  
Slatington  PA   18080

Petition Filed Date: 02/03/2020  
341 Hearing Date: 04/14/2020  
Confirmation Date: 01/14/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/10/2020 | $315.00 | | 04/23/2020 | $315.00 | | 05/11/2020 | $315.00 | |
| 06/11/2020 | $315.00 | | 07/10/2020 | $315.00 | | 08/10/2020 | $315.00 | |
| 09/11/2020 | $315.00 | | 10/13/2020 | $315.00 | | 11/10/2020 | $125.00 | |
| 12/10/2020 | $125.00 | | 01/11/2021 | $125.00 | | 02/10/2021 | $125.00 | |
| 03/10/2021 | $125.00 | | 04/12/2021 | $125.00 | | 05/10/2021 | $125.00 | |

**Total Receipts for the Period: $3,395.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,395.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,800.00 | $3,087.45 | $712.55 |
| 1 | ACURA FINANCIAL SERVICES »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ACURA FINANCIAL SERVICES »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $6,755.91 | $0.00 | $6,755.91 |
| 4 | MERRICK BANK »» 004 | Unsecured Creditors | $2,860.68 | $0.00 | $2,860.68 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $85.64 | $0.00 | $85.64 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Unsecured Creditors | $336.00 | $0.00 | $336.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR »» 007 | Unsecured Creditors | $176.39 | $0.00 | $176.39 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $316.00 | $0.00 | $316.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $230.00 | $0.00 | $230.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $767.00 | $0.00 | $767.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $406.20 | $0.00 | $406.20 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $316.00 | $0.00 | $316.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $97.64 | $0.00 | $97.64 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $984.03 | $0.00 | $984.03 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | PENDRICK CAPITAL PARTNERS, LLC »» 015 | Unsecured Creditors | $868.59 | $0.00 | $868.59 |
| 16 | AMERICAN INFOSOURCE LP »» 016 | Unsecured Creditors | $1,169.60 | $0.00 | $1,169.60 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $691.65 | $0.00 | $691.65 |
| 18 | M&T BANK »» 018 | Unsecured Creditors | $5,576.94 | $0.00 | $5,576.94 |
| 19 | LEHIGH VALLEY EDUCATORS CREDIT UNION »» 019 | Unsecured Creditors | $5,246.16 | $0.00 | $5,246.16 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 020 | Unsecured Creditors | $2,978.61 | $0.00 | $2,978.61 |
| 21 | QUANTUM3 GROUP LLC as agent for »» 021 | Unsecured Creditors | $422.56 | $0.00 | $422.56 |
| 22 | PENDRICK CAPITAL PARTNERS, LLC »» 022 | Unsecured Creditors | $665.42 | $0.00 | $665.42 |
| 23 | PENDRICK CAPITAL PARTNERS, LLC »» 023 | Unsecured Creditors | $868.59 | $0.00 | $868.59 |
| 24 | PENDRICK CAPITAL PARTNERS, LLC »» 024 | Unsecured Creditors | $868.59 | $0.00 | $868.59 |
| 25 | LENDING CLUB CORPORATION »» 025 | Unsecured Creditors | $15,315.13 | $0.00 | $15,315.13 |
| 26 | DEPARTMENT STORE NATIONAL BANK »» 026 | Unsecured Creditors | $1,194.31 | $0.00 | $1,194.31 |
| 27 | JEFFERSON CAPITAL SYSTEMS LLC »» 027 | Unsecured Creditors | $5,241.60 | $0.00 | $5,241.60 |
| 28 | CARRINGTON MORTGAGE SERVICES LLC »» 028 | Mortgage Arrears | $1,317.35 | $0.00 | $1,317.35 |
| 29 | JEFFERSON CAPITAL SYSTEMS LLC »» 029 | Unsecured Creditors | $858.45 | $0.00 | $858.45 |
| 30 | OLIPHANT USA, LLC »» 030 | Unsecured Creditors | $15,002.30 | $0.00 | $15,002.30 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES »» 031 | Unsecured Creditors | $1,242.06 | $0.00 | $1,242.06 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,395.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $3,087.45 | Arrearages: | $125.00 |
| Paid to Trustee: | $307.55 | Total Plan Base: | $9,020.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.