Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-10707-PMM**

Scott Raber  
Christine Raber  
7331 PA Route 873  
Slatington  PA    18080

Petition Filed Date: 02/03/2020  
341 Hearing Date: 04/14/2020  
Confirmation Date: 01/14/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2022 | $125.00 | | 09/13/2022 | $125.00 | | 10/11/2022 | $125.00 | |
| 11/10/2022 | $125.00 | | 12/12/2022 | $125.00 | | 01/11/2023 | $125.00 | |
| 02/10/2023 | $125.00 | | 03/10/2023 | $125.00 | | 04/10/2023 | $125.00 | |
| 05/10/2023 | $125.00 | | 06/12/2023 | $125.00 | | 07/11/2023 | $125.00 | |

**Total Receipts for the Period:  $1,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,770.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 1 | ACURA FINANCIAL SERVICES<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ACURA FINANCIAL SERVICES<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $6,755.91 | $89.24 | $6,666.67 |
| 4 | MERRICK BANK<br>»»  004 | Unsecured Creditors | $2,860.68 | $33.25 | $2,827.43 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  005 | Unsecured Creditors | $85.64 | $0.00 | $85.64 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  006 | Unsecured Creditors | $336.00 | $0.00 | $336.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  007 | Unsecured Creditors | $176.39 | $0.00 | $176.39 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  008 | Unsecured Creditors | $316.00 | $0.00 | $316.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  009 | Unsecured Creditors | $230.00 | $0.00 | $230.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  010 | Unsecured Creditors | $767.00 | $0.00 | $767.00 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  011 | Unsecured Creditors | $406.20 | $0.00 | $406.20 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  012 | Unsecured Creditors | $316.00 | $0.00 | $316.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  013 | Unsecured Creditors | $97.64 | $0.00 | $97.64 |
| 14 | LVNV FUNDING LLC<br>»»  014 | Unsecured Creditors | $984.03 | $0.00 | $984.03 |

**Chapter 13 Case No. 20-10707-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PENDRICK CAPITAL PARTNERS, LLC »» 015 | Unsecured Creditors | $868.59 | $0.00 | $868.59 |
| 16 | CAPITAL ONE BANK (USA) NA »» 016 | Unsecured Creditors | $1,169.60 | $15.45 | $1,154.15 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $691.65 | $0.00 | $691.65 |
| 18 | M&T BANK »» 018 | Unsecured Creditors | $5,576.94 | $73.68 | $5,503.26 |
| 19 | LEHIGH VALLEY EDUCATORS CREDIT UNION »» 019 | Unsecured Creditors | $5,246.16 | $69.29 | $5,176.87 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 020 | Unsecured Creditors | $2,978.61 | $34.63 | $2,943.98 |
| 21 | QUANTUM3 GROUP LLC as agent for »» 021 | Unsecured Creditors | $422.56 | $0.00 | $422.56 |
| 22 | PENDRICK CAPITAL PARTNERS, LLC »» 022 | Unsecured Creditors | $665.42 | $0.00 | $665.42 |
| 23 | PENDRICK CAPITAL PARTNERS, LLC »» 023 | Unsecured Creditors | $868.59 | $0.00 | $868.59 |
| 24 | PENDRICK CAPITAL PARTNERS, LLC »» 024 | Unsecured Creditors | $868.59 | $0.00 | $868.59 |
| 25 | LENDING CLUB CORPORATION »» 025 | Unsecured Creditors | $15,315.13 | $202.31 | $15,112.82 |
| 26 | DEPARTMENT STORE NATIONAL BANK »» 026 | Unsecured Creditors | $1,194.31 | $15.78 | $1,178.53 |
| 27 | JEFFERSON CAPITAL SYSTEMS LLC »» 027 | Unsecured Creditors | $5,241.60 | $69.22 | $5,172.38 |
| 28 | CARRINGTON MORTGAGE SERVICES LLC »» 028 | Mortgage Arrears | $1,317.35 | $1,317.35 | $0.00 |
| 29 | JEFFERSON CAPITAL SYSTEMS LLC »» 029 | Unsecured Creditors | $858.45 | $0.00 | $858.45 |
| 30 | OLIPHANT USA, LLC »» 030 | Unsecured Creditors | $15,002.30 | $198.17 | $14,804.13 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES »» 031 | Unsecured Creditors | $1,242.06 | $16.41 | $1,225.65 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,770.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $5,934.78 | Arrearages: | $0.00 |
| Paid to Trustee: | $593.80 | Total Plan Base: | $9,020.00 |
| Funds on Hand: | $241.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.