| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-10707-PMM**

Scott Raber
Christine Raber
7331 PA Route 873
Slatington  PA    18080

Petition Filed Date: 02/03/2020
341 Hearing Date: 04/14/2020
Confirmation Date: 01/14/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $125.00 | | 09/13/2023 | $125.00 | | 10/11/2023 | $125.00 | |
| 11/13/2023 | $125.00 | | 12/11/2023 | $125.00 | | 01/10/2024 | $125.00 | |
| 02/13/2024 | $125.00 | | 03/11/2024 | $125.00 | | 04/10/2024 | $125.00 | |
| 05/10/2024 | $125.00 | | 06/10/2024 | $125.00 | | 07/11/2024 | $125.00 | |

**Total Receipts for the Period:  $1,500.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $8,270.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,800.00 | $3,800.00 | $0.00 |
| 1 | ACURA FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ACURA FINANCIAL SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $6,755.91 | $216.92 | $6,538.99 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $2,860.68 | $87.40 | $2,773.28 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $85.64 | $0.00 | $85.64 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $336.00 | $0.00 | $336.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $176.39 | $0.00 | $176.39 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $316.00 | $0.00 | $316.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $230.00 | $0.00 | $230.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $767.00 | $16.19 | $750.81 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $406.20 | $0.00 | $406.20 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 012 | Unsecured Creditors | $316.00 | $0.00 | $316.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $97.64 | $0.00 | $97.64 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $984.03 | $31.59 | $952.44 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | PENDRICK CAPITAL PARTNERS, LLC<br>»» 015 | Unsecured Creditors | $868.59 | $15.62 | $852.97 |
| 16 | CAPITAL ONE BANK (USA) NA<br>»» 016 | Unsecured Creditors | $1,169.60 | $32.05 | $1,137.55 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $691.65 | $15.69 | $675.96 |
| 18 | M&T BANK<br>»» 018 | Unsecured Creditors | $5,576.94 | $179.12 | $5,397.82 |
| 19 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 019 | Unsecured Creditors | $5,246.16 | $168.47 | $5,077.69 |
| 20 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 020 | Unsecured Creditors | $2,978.61 | $90.97 | $2,887.64 |
| 21 | QUANTUM3 GROUP LLC as agent for<br>»» 021 | Unsecured Creditors | $422.56 | $0.00 | $422.56 |
| 22 | PENDRICK CAPITAL PARTNERS, LLC<br>»» 022 | Unsecured Creditors | $665.42 | $15.12 | $650.30 |
| 23 | PENDRICK CAPITAL PARTNERS, LLC<br>»» 023 | Unsecured Creditors | $868.59 | $15.62 | $852.97 |
| 24 | PENDRICK CAPITAL PARTNERS, LLC<br>»» 024 | Unsecured Creditors | $868.59 | $15.62 | $852.97 |
| 25 | LENDINGCLUB CORPORATION<br>»» 025 | Unsecured Creditors | $15,315.13 | $515.88 | $14,799.25 |
| 26 | DEPARTMENT STORE NATIONAL BANK<br>»» 026 | Unsecured Creditors | $1,194.31 | $30.86 | $1,163.45 |
| 27 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 027 | Unsecured Creditors | $5,241.60 | $168.28 | $5,073.32 |
| 28 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 028 | Mortgage Arrears | $1,317.35 | $1,317.35 | $0.00 |
| 29 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 029 | Unsecured Creditors | $858.45 | $15.41 | $843.04 |
| 30 | OLIPHANT USA, LLC<br>»» 030 | Unsecured Creditors | $15,002.30 | $505.29 | $14,497.01 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 031 | Unsecured Creditors | $1,242.06 | $32.06 | $1,210.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,270.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $7,285.51 | Arrearages: | $0.00 |
| Paid to Trustee: | $742.55 | Total Plan Base: | $9,020.00 |
| Funds on Hand: | $241.94 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.