United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-10707-pmm

Scott Raber     Chapter 13

Christine Raber

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Feb 25, 2025     Form ID: 138OBJ     Total Noticed: 45

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott Raber, Christine Raber, 7331 PA Route 873, Slatington, PA 18080-3405 |
| 14462242 | | Assetcarellc/capiopart, Lee Morris, Sherman, TX 75090 |
| 14492144 | + | Carrington Mortgage Services, Inc., c/o Rebecca A. Solarz, Esq., 701 Market Street , Ste 5000, Philadelphia, PA 19106-1541 |
| 14462251 | + | Lehigh Valley Educator, P.o. Box 4388, Allentown, PA 18105-4388 |
| 14491369 | + | Lehigh Valley Educators Credit Union, 3720 Hamilton Blvd, Allentown, PA 18103-4503 |
| 14462259 | + | Receivables Management, 1312 W Westridge Blvd, Greensburg, IN 47240-3251 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 26 2025 03:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2025 03:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14462239 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Feb 26 2025 02:49:12 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 14463299 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 26 2025 03:41:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14462241 | | Email/Text: ebn@americollect.com | Feb 26 2025 03:41:00 | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 14462238 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 26 2025 02:26:14 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14462240 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 26 2025 03:41:00 | American Honda Finance, 13856 Ballantyen Corporate Pl, Charlotte, NC 28277-2711 |
| 14462243 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 26 2025 03:41:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14493368 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 26 2025 03:35:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14482310 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 02:03:19 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14462244 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 02:03:04 | Capital One, N.a., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14462245 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 26 2025 03:41:00 | Chrysler Capital, Po Box 961212, Fort Worth, TX 76161-0212 |

Case 20-10707-pmm  Doc 58  Filed 02/27/25  Entered 02/28/25 00:42:09  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14462246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 26 2025 03:41:00 | | Comenity Bank/torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 14462254 | | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 26 2025 01:50:14 | | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14493260 | | Email/Text: bnc-quantum@quantum3group.com Feb 26 2025 03:41:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14466797 | | Email/Text: mrdiscen@discover.com Feb 26 2025 03:35:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14462247 | + | Email/Text: mrdiscen@discover.com Feb 26 2025 03:35:00 | | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14462248 | + | Email/Text: bkynotice@harvardcollect.com Feb 26 2025 03:41:00 | | Harvard Collection Ser, 4839 N Elston, Chicago, IL 60630-2589 |
| 14493367 | | Email/Text: JCAP_BNC_Notices@jcap.com Feb 26 2025 03:41:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14462249 | + | Email/PDF: ais.chase.ebn@aisinfo.com Feb 26 2025 01:51:39 | | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14462250 | + | Email/PDF: ais.chase.ebn@aisinfo.com Feb 26 2025 01:50:31 | | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14477431 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 26 2025 01:52:20 | | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14462252 | + | Email/Text: Documentfiling@lciinc.com Feb 26 2025 03:36:00 | | Lending Club Corp, 595 Market Street, San Francisco, CA 94105-2802 |
| 14493254 | + | Email/Text: Documentfiling@lciinc.com Feb 26 2025 03:36:00 | | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 14462253 | | Email/Text: camanagement@mtb.com Feb 26 2025 03:41:00 | | M & T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14491353 | + | Email/Text: camanagement@mtb.com Feb 26 2025 03:41:00 | | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14471786 | | Email/PDF: MerrickBKNotifications@Resurgent.com Feb 26 2025 01:50:06 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14492125 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 26 2025 03:41:00 | | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14462255 | + | Email/Text: bnc-capio@quantum3group.com Feb 26 2025 03:41:00 | | Mba Law Offices/capio, 3400 Texoma Parkway, Sherman, TX 75090-1916 |
| 14462256 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Feb 26 2025 03:12:17 | | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14462257 | + | Email/Text: bankruptcydpt@mcmcg.com Feb 26 2025 03:41:00 | | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14493397 | + | Email/Text: bnc@bass-associates.com Feb 26 2025 03:35:00 | | Oliphant USA, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14480748 | | Email/Text: perituspendrick@peritusservices.com Feb 26 2025 03:36:00 | | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14483703 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 26 2025 01:50:06 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14492422 | | Email/Text: bnc-quantum@quantum3group.com Feb 26 2025 03:41:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14475006 | | Email/Text: bnc-quantum@quantum3group.com Feb 26 2025 03:41:00 | | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 138OBJ | Total Noticed: 45 |

| 14462258 | | Email/Text: accounting@recoveryrmg.com | | | |
| | | | Feb 26 2025 03:36:00 | Rec Mgt Grp, 2901 University Av, Columbus, GA 31907 |
| 14462260 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Feb 26 2025 02:03:09 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14462261 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Feb 26 2025 03:12:17 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14466346 | ##+ | JPMorgan Chase Bank, National Association, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

**Name**   **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC bkgroup@kmllawgroup.com

KRISTEN D. LITTLE
on behalf of Creditor JPMorgan Chase Bank  National Association KRLITTLE@FIRSTAM.COM

MICHAEL JOHN CLARK
on behalf of Creditor JPMorgan Chase Bank  National Association mclark@pincuslaw.com

PAUL H. YOUNG
on behalf of Joint Debtor Christine Raber support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
on behalf of Debtor Scott Raber support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 56 − 53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Scott Raber                      Case No. 20−10707−pmm

   Christine Raber               Chapter: 13

   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania  
United States Bankruptcy Court  
Office of the Clerk, Gateway Building  
201 Penn Street, 1st Floor  
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 25, 2025                                  For The Court

                                                                                      Timothy B. McGrath  
                                                                                      Clerk of Court