## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          : Chapter 13

Scott Raber and Christine Raber                                 : Case No. 20–10707–pmm
        Debtor(s)

### *ORDER*
_____

    AND NOW, this day , May 21, 2025 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

               By The Court

               Patricia M. Mayer
               Judge, United States Bankruptcy Court

Form 195